DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MOSHE FARACHE,**
Appellant,

v.

**ARBY LIPMAN, LLC** and **ARBY LIPMAN,** Individually,
Appellees.

No. 4D23-382

[August 9, 2023]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Jr., Judge; L.T. Case No. 50-2022-CA-003759-XXXX-MB.

Scott C. Gherman of Scott C. Gherman, P.A., Boca Raton, for appellant.

C. Cory Mauro and Evan D. Appell of Mauro Law P.A., Boca Raton, for appellees.

**ON CONFESSION OF ERROR**

PER CURIAM.

We accept appellees' confession of error. The order granting leave to plead a claim for punitive damages is reversed.

*Reversed.*

MAY, DAMOORGIAN and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***